# YOUNG & MA
L L P

575 Lexington Avenue    P: 212-971-9773
Fourth Floor    F: 866-839-4306
New York, NY 10022    E: tma@youngandma.com

December 21, 2018

<u>VIA ECF</u>
Honorable Alison J. Nathan
United States District Court
   for the Southern District of New York
40 Foley Square
New York, NY 10007

      Re:    Enrique Nestor et al v. Ruay Thai Restaurant LLC et al
                18 Civ. 11143 (AJN)

Dear Judge Nathan,

      We represent defendants Trendy Thai LLC (d/b/a Maison Thai); Lalisa Srilavan, inappropriately named as Lisa Doe; and Phitsanu Phongphusa, inappropriately named as Noi Doe; in the above-reference matter, and are writing to request an extension of time to answer and/or respond to Plaintiff's Complaint.  The original time to answer and/or respond to the complaint is December 24, 2018 for the corporate defendant and December 26, 2018 for the individual defendants.  We have made no previous requests for adjournments or extensions.  Plaintiff's counsel consents to this extension of time through and including January 29, 2019 and this extension would not impact any other scheduled deadlines.

      With this letter, we also attach defendants' Notice of Appearance and Rule 7.1 Disclosures.  Thank you very much for your consideration of this matter.

                    Very truly yours,

                    *Tiffany Ma* (signature)
                    Tiffany Ma

Enclosures
cc:    Jesse S. Barton, Esq.
        Michael Faillace & Associates, P.C.
        60 East 42nd Street
        Suite 4510
        New York, NY 10165

        Michael A. Faillace, Esq.
        Michael Faillace & Associates, P.C.
        60 East 42nd Street
        Suite 4510
        New York, NY 10165