UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

| | |
|---|---|
| ALEJANDRINO ENRIQUE NESTOR (A.K.A. ALEX), *individually and on behalf of others similarly situated*, <br><br>      *Plaintiff*, <br><br>-against- <br><br>RUAY THAI RESTAURANT LLC (D/B/A MAISON THAI), TRENDY THAI LLC (D/B/A MAISON THAI), JEFFRY HARDINGER (A.K.A. JEFFREY), VARALUX HARDINGER, LISA DOE, and NOI DOE, <br><br>      *Defendants.* | Index No. 18-cv-11143-AJN <br><br>NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE AS TO DEFENDANTS RUAY THAI RESTAURANT LLC (D/B/A MAISON THAI), JEFFRY HARDINGER (A.K.A. JEFFREY) and VARALUX HARDINGER <br><br>ECF Case |

-------------------------------------------------------------X

## NOTICE OF VOLUNTARY DISMISSAL

Plaintiff, by his attorneys, Michael Faillace & Associates, P.C., hereby voluntarily dismisses this action as against Defendants Ruay Thai Restaurant LLC (d/b/a Maison Thai), Jeffry Hardinger (a/k/a Jeffrey) and Varalux Hardinger, without prejudice, pursuant to F.R.C.P. 41(a)(1)(A)(i).

Dated: New York, New York
   January 24, 2019

               MICHAEL FAILLACE & ASSOCIATES, P.C.

               By: _____
                 Jesse Barton, Esq.
                 60 East 42nd Street, Suite 4510
                 New York, New York 10022
                 Telephone: (212) 317-1200
                 Facsimile: (212) 317-162
                 *Attorneys for Plaintiff*