UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

ALEJANDRINO ENRIQUE NESTOR (A.K.A. ALEX), *individually and on behalf of others similarly situated*,

                *Plaintiff*,

-against-

RUAY THAI RESTAURANT LLC (D/B/A MAISON THAI), TRENDY THAI LLC (D/B/A MAISON THAI), JEFFRY HARDINGER (A.K.A. JEFFREY), VARALUX HARDINGER, LISA DOE, and NOI DOE,

                *Defendants*.

-------------------------------------------------------------X

Index No. 18-cv-11143-AJN   JAN 2 5 2019

NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE AS TO DEFENDANTS RUAY THAI RESTAURANT LLC (D/B/A MAISON THAI), JEFFRY HARDINGER (A.K.A. JEFFREY) and VARALUX HARDINGER

ECF Case

## NOTICE OF VOLUNTARY DISMISSAL

Plaintiff, by his attorneys, Michael Faillace & Associates, P.C., hereby voluntarily dismisses this action as against Defendants Ruay Thai Restaurant LLC (d/b/a Maison Thai), Jeffry Hardinger (a/k/a Jeffrey) and Varalux Hardinger, without prejudice, pursuant to F.R.C.P. 41(a)(1)(A)(i).

Dated: New York, New York
       January 24, 2019

MICHAEL FAILLACE & ASSOCIATES, P.C.

By: _____
Jesse Barton, Esq.
60 East 42nd Street, Suite 4510
New York, New York 10022
Telephone: (212) 317-1200
Facsimile: (212) 317-162
*Attorneys for Plaintiff*

SO ORDERED:

_____
HON. ALISON J. NATHAN
UNITED STATES DISTRICT JUDGE

1/25/19