```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/24/2019
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Nestor Nunez,

                              Plaintiff,

-against-

Ruay Thai Restaurant LLC et al.,

                            Defendants.

1:18-cv-11143 (SDA)

**ORDER**

**STEWART D. AARON, UNITED STATES MAGISTRATE JUDGE:**

      This case contains claims under the Fair Labor Standards Act. On March 19, 2019 the parties submitted their proposed settlement agreement. (ECF No. 36.) On April 22, 2019, an Order was issued on the parties' consent referring disposition of this matter to the undersigned pursuant to 28 U.S.C. § 636(c). (ECF No. 38.) Having reviewed the proposed settlement, the Court finds that it is fair and reasonable. *See Cheeks v. Freeport Pancake House, Inc.*, 796 F.3d 199 (2d Cir. 2015).[1] The settlement is approved.

      Accordingly, this action is dismissed with prejudice and without costs except as may be stated in the settlement agreement.

---

[1] The Court notes that it finds the $375 hourly rate sought by Mr. Barton to be high. *See Lazo v. Kim's Nails at York Ave., Inc.*, No. 17-CV-03302 (AJN), 2019 WL 95638, at *2 (S.D.N.Y. Jan. 2, 2019) (reducing Mr. Barton's hourly rate to $275); *Godinez v. Best Wingers LLC*, No. 16-CV-06434 (JGK) (SDA), 2018 WL 1320340, at *6 (S.D.N.Y. Feb. 21, 2018) (reducing Mr. Barton's hourly rate to $225), *report and recommendation adopted*, 2018 WL 1353215 (S.D.N.Y. Mar. 14, 2018). Nonetheless, because the total fees and costs do not exceed one-third of the settlement amount and the multiplier of 2.39 is within the range typically awarded in this District, *see Lazo*, 2019 WL 95638, at *3 ("Courts in this District have concluded that a multiplier near 2 should, in most cases, be sufficient compensation for the risk associated with contingent fees in FLSA cases."), the Court approves the settlement.

The Clerk of Court is requested to close this case.

**SO ORDERED.**

DATED:   New York, New York
April 24, 2019

_____
STEWART D. AARON
United States Magistrate Judge